**BARRY R. SHARER, TRUSTEE**
**WAGNER SHARER MURTAUGH & PETREE**
1103 Laurel Oak Road
Suite 105B
Voorhees, New Jersey 08043
Chapter 7 Trustee
(856) 435-3200

## NOTICE TO UNITED STATES TRUSTEE OF CHANGE OF NO ASSET CHAPTER 7 CASE TO ASSET CHAPTER 7 CASE

The following Chapter 7 case should be designated an asset Chapter 7:

RE:        OTT, CAROLE A.
CASE NO.:    09-28011(RTL)

AMOUNT OF FUNDS ON HAND:
-0-

IF THERE ARE NO FUNDS ON HAND    BUT ASSETS THAT WILL PRODUCE FUNDS FOR THIS ESTATE, INDICATE ACTUAL OR ESTIMATED VALUE OF THE ASSETS:


ACTUAL VALUE:  unknown

ESTIMATED VALUE: unknown

OTHER INFORMATION RELATING TO STATUS OF CASE


TRUSTEE: /S/ *Barry R. Sharer*


DATE: 08/18/09