| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>BROWN & CONNERY LLP<br>Michelle H. Badolato, Esquire (MHB/9022)<br>360 Haddon Avenue<br>Westmont, NJ  08108<br>(856) 854-8900<br>Attorney for TD Bank, N.A. | |
| In Re:<br><br>　　　CAROLE A. OTT,<br><br>　　　　　　　Debtor. | Case No.:　　　　09-28011<br><br>Hearing Date:  9/21/09 @10:00 a.m.<br><br>Judge:　　　　　(RTL)<br><br>Chapter:　　　　7 |

## ORDER TO ABSTAIN

The relief set forth on the following page is hereby Ordered.

1151573.1

**IT IS** on this _____ day of _____, 2009 **ORDERED** as follows:

1. This Court will abstain from hearing the Law Division Action as defined in the moving papers as Corinne Geiger v. TD Bank, N.A., Superior Court of New Jersey, Law Division, Ocean County, Docket No.: L-1656-09;

2. Stay Relief is granted as to the Law Division Action;

3. This Court will retain jurisdiction for the purposes of determining the Debtor's right to a discharge and/or dischargeability of individual debts; and

4. TD Bank, N.A.'s attorney shall serve a copy of this Order on all parties via regular mail and/or electronic filing within five (5) days of the date of the signing of this Order.

1151573.1