UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on 10/14/2009 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

Case No.:

Adv. No.:

Hearing Date:

Judge:

ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: 10/14/2009**

*Raymond T. Lyons*
Honorable Judge Raymond T. Lyons
United States Bankruptcy Judge

**THIS MATTER** being opened to the Court on cross-motion of TD Bank, N.A.; Michelle H. Badolato, Esquire, appearing on behalf of TD Bank, N.A.; John Hargrave, Esquire and Kenneth Raynor, Esquire appearing on behalf of Corrine Geiger; Shoshana Shiff, Esquire, and Henry M. Karwowski, Esquire, appearing on behalf of Debtor, Carole A. Ott; and the Court having considered the pleadings filed herein and arguments of counsel, and good cause appearing.

**IT IS HEREBY ORDERED** that TD Bank, N.A., is hereby granted relief from the automatic stay pursuant to 11 U.S.C. § 362(d) to continue litigation now pending in the Superior Court of New Jersey, Ocean County, under docket no.: L-1516-09, up to the point of any judgment, pending a determination of non-dischargeability of any debt owed by Debtor, Carole A. Ott.

The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

*Approved by Judge Raymond T. Lyons  October 14, 2009*