TO: JAMES J. WALDRON, CLERK

CASE NO. <u>09-28011/RTL</u>

IN RE:<u>Carole A. Ott</u>

## CHAPTER 7
## INFORMATION FOR NOTICE OF ABANDONMENT

<u>Barry Sharer, Trustee,</u> has filed a notice of intention to abandon certain property described below, as being of inconsequential value to the estate.

    If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the trustee, and filed with the Clerk of the United States Bankruptcy Court.

    Such objection and request shall be filed with the Clerk and served upon the trustee no later than [date to be fixed by the Court].

    In the event an objection is timely filed a hearing thereon will be held on (time and location to be fixed by the Court)

    If no objection is filed with the Clerk and served upon the Trustee on or before (date to be fixed by the Court), the abandonment will take effect on (date to be fixed by Court).

    The description of the property and the liens and exemptions claimed are as follows:

| DESCRIPTION OF PROPERTY TO BE ABANDONED | LIENS ON THE PROPERTY OF THE DEBTOR (INCLUDING AMOUNT CLAIMED DUE) | AMOUNT OF EQUITY CLAIMED AS EXEMPT BY THE DEBTOR |
|---|---|---|
| <u>All assets, claims and causes of action other than trustee avoidance actions unrelated to pending estate litigation involving Estates of Rose Scala and Eleanor Scala. (The trustee is unaware of any preference or fraudulent transfer claims at this time). This abandonment specifically includes any malpractice actions; all claims in Ott v. Guardian Protection Services, a negligence and Consumer Fraud Act claim arising from the loss of jewelry and other personal property; and any other assets or claims that are listed in the schedules. This abandonment is based on an evaluation by Trustee's counsel and the trustee of the value of these assets, and also based on a September 15, 2008 Order to Show Cause entered by the Superior Court of New Jersey which states in paragraph 4 "A constructive trust for the benefit of the Estate of Eleanor Scala is imposed on the income and assets of Defendant, Carole Ott, in an amount equal to the value of the estates of Eleanor and Rose Scala as of January 1, 2006 **and no less than $950,000.00**, less that value of the assets, if any, returned by Plaintiff as a result of subparagraph 2 above".</u> | <u>Constructive trust ordered and imposed by Superior Court of New Jersey</u> | <u>Not Applicable</u> |

Requests for additional information about the property to be abandoned should be directed to:
NAME:    Barry Sharer, Trustee
ADDRESS: Barry Sharer, Trustee, Wagner, Sharer Murtaugh and Petree, 1103 Laurel Oak Road, Ste 105B, Voorhees, NJ 08043
TELEPHONE NO. 856-435-3200 x205

SUBMITTED BY: /s/ Barry Sharer, Trustee.    POSITION: Attorney    PHONE: (856) 435-3200
Barry Sharer, Trustee.

[N:\WP\srn\OttCA\abandonment.wpd]